# United States Court of Appeals for the Federal Circuit

---

**KERRY GROUP SERVICES INTERNATIONAL LTD.,**
*Appellant*

**v.**

**FLORIDA FOOD PRODUCTS, LLC,**
*Appellee*

---

2023-2092

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-00006.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**VACATED AND REMANDED**

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

February 24, 2025
Date